No. D–1577. IN RE DISBARMENT OF ORTMAN. It is ordered that William Andrew Ortman, of Farmington Hills, Mich., be suspended from the practice of law in this Court and that a rule

issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.